UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GREGORY W. O'NEAL,

              Petitioner,

v.

WARDEN MCDONALD,

              Respondent.

Case No. C08-5454FDB

ORDER GRANTING RESPONDENT'S MOTION FOR AN EXTENSION OF TIME

      This matter is before the court on respondent's motion for an extension of time to file a an answer to the petition (Doc. 14) and a second motion to extend time based on the same circumstances (Doc. 15). After reviewing the motion and the remaining record, the court orders as follows.

      (l) Respondent's motions for extra of time to file an Answer to the Petition is **GRANTED. The court grants respondent an extension until November 25, 2008, to file an answer to the petition.**

      (2)    The Clerk shall direct copies of this Order to petitioner and to counsel for respondent.

DATED this 22nd day of October, 2008.

                                    */s/ J. Kelley Arnold*
                                    J. Kelley Arnold
                                    United States Magistrate Judge