1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
         WESTERN DISTRICT OF WASHINGTON
9                   AT TACOMA

10   GREGORY W. O'NEAL,
                                              Case No.  C08-5454FDB
11                     Petitioner,
                                              ORDER GRANTING
12          v.                                PETITIONER'S MOTION FOR
                                              AN EXTENSION OF TIME
13   WARDEN MCDONALD,

14                     Respondent.

15

16          This matter is before the court on petitioner's motion for an extension of time (Doc. 22).  After

17   reviewing petitioner's motion and the remaining record, the court orders as follows.

18          (l) Petitioner has submitted a supplemental brief (Doc. 23) addressing the court's previous order,

19   making it appear the motion for an extension of time is moot.  However, out of an abundance of caution

20   the court will allow a short extension of time.

21          (2) Petitioner's motion is GRANTED.  Petitioner and respondent shall file any further briefing in

22   this matter not later than March 13, 2009.

23          (3) **The clerk should set the matter for consideration on the court's March 20, 2009 calendar,**

24   and the Clerk shall direct copies of this Order to petitioner and to counsel for respondent.

25          DATED this 24th day of February, 2009.

26

27                                    /s/ J. Kelley Arnold
                                      J. Kelley Arnold
28                                    United States Magistrate Judge