# United States District Court

WESTERN DISTRICT OF WASHINGTON

GREGORY O'NEAL

JUDGMENT IN A CIVIL CASE

v.

WARDEN McDONALD

CASE NUMBER: C08-5454FDB

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation, *except* that as to the sufficiency of the evidence claim, it is denied for failure to exhaust; and

The petition for writ of habeas corpus is DENIED.


| June 11, 2009 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

　　　　　　　　　　　　　　　　　　　　　　　　*s/CM Gonzalez*
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk