UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GREGORY O'NEAL,

    Petitioner,

v.

WARDEN MCDONALD,

    Respondent.

Case No. C08-5454FDB

ORDER GRANTING CERTIFICATE OF APPEALABILITY and DENYING LEAVE TO APPEAL IFP

The Court adopted the Report and Recommendation in part denying Petitioner's claim on the basis of failure to exhaust rather than on the merits. Petitioner now seeks a certificate of appealability and leave to proceed on appeal *in forma pauperis*. Because reasonable jurists could differ on the issues resolved by this Court's Order adopting the report and recommendation, a certificate of appealability will be granted. Petitioner's account statement shows regular deposits and withdrawals, and Petitioner paid the filing fee when he filed his petition in this case. Leave to proceed *in forma pauperis* is denied.

NOW, THEREFORE, IT IS ORDERED: Petitioner's Motion for Certificate of Appealability [Dkt. # 34] is GRANTED; Petitioner's Motion for Leave To Appeal *In Forma Pauperis* [Dkt. # 35] is DENIED.

DATED this 31st day of July, 2009.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1